IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:07-cr-00054-DME

UNITED STATES OF AMERICA,

       Plaintiff,

v.

3. JASON ARLISS DAVIS,

       Defendant.

---

## ORDER

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce said defendant be brought before United States Magistrate Judge Court, as soon as practicable, for proceedings and appearances upon the charges set forth in the Indictment, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

SO ORDERED this 23rd day of March, 2007.

                   Michael E. Hegarty
                   MAGISTRATE JUDGE
                   UNITED STATES DISTRICT COURT
                   DISTRICT OF COLORADO